United States Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MICHAEL EUGENE HAWKINS, )
) CIVIL NO. 2:14-cv-1635-BAT
    Plaintiff, )
) ORDER FOR ATTORNEY'S FEES
vs. ) PURSUANT TO 42 U.S.C. § 406(b)
)
NANCY BERRYHILL,[*] )
Acting Commissioner of Social Security, )
)
    Defendant. )

    THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorney's Fees Pursuant to 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

---

[*] Nancy A. Berryhill is now the Acting Commissioner of the Social Security Administration. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for Carolyn W. Colvin as defendant in this suit. The Clerk is directed to update the docket, and all future filings by the parties should reflect this change.

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) - 1

Halpern Olivares PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ehalpern@aol.com

ORDERED that Plaintiff's attorney Elie Halpern is awarded a gross attorney's fee of $16,683.50 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $6013.77 that previously were awarded, leaving a net fee of $10,669.73. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send the check to the Plaintiff's attorney. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $10,369.73, minus any applicable processing fees as allowed by statute.

DATED this 18th day of April, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

Elie Halpern_____
Elie Halpern, WSB No. 1519
Attorney for Plaintiff

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) - 2

Halpern Olivares PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ehalpern@aol.com