# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL EUGENE HAWKINS, | ) |
| Plaintiff, | ) CIVIL NO. 2:14-cv-1635-BAT |
| vs. | ) AMENDED ORDER FOR ATTORNEY'S ) FEES PURSUANT TO 42 U.S.C. § 406(b) |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | ) ) |
| Defendant, | ) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Amended Motion For Attorney's Fees Pursuant to 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order amending the Court's previous order dated April 18, 2017, now therefore, it is hereby

ORDERED that Plaintiff's attorney Elie Halpern is awarded a gross attorney's fee of $16,383.50 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $6013.77 that previously were awarded, leaving a net fee of $10,369.73. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send the check to the Plaintiff's

AMENDED ORDER FOR ATTORNEY'S FEES
PURSUANT TO 42 U.S.C. § 406(b) - 1

Halpern Olivares PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ehalpern@aol.com

attorney. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $10,369.73, minus any applicable processing fees as allowed by statute.

DATED this 20th day of April, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

Elie Halpern
Elie Halpern, WSB No. 1519
Attorney for Plaintiff

AMENDED ORDER FOR ATTORNEY'S FEES
PURSUANT TO 42 U.S.C. § 406(b) - 2

Halpern Olivares PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ehalpern@aol.com